IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela L. Raney, | Case No. 5:22CV1720 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | Magistrate Judge James E. Grimes, Jr. |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | MEMORANDUM OPINION AND ORDER |
| Defendant. | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge James E. Grimes, Jr. (Doc. No. 12), recommending that the decision of the Commissioner be reversed and remanded for further proceedings. The Commissioner filed a Response indicating that she will not be filing Objections. (Doc. No. 14.) For the following reasons, the Report and Recommendation (Doc. No. 12) is ADOPTED. The decision of the Commissioner is VACATED and the case is REMANDED for further consideration consistent with the Report & Recommendation.

I. Background

On September 26, 2022, Plaintiff Pamela L. Raney filed a Complaint (Doc. No. 1) challenging the final decision of the Defendant Commissioner of Social Security ("Commissioner"), denying her applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, and 1381 *et seq*. ("Act"). Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Grimes.

On June 22, 2023, the Magistrate Judge issued a Report and Recommendation, in which he found that the ALJ erred when he failed to properly apply the treating physician rule to the opinion of Dr. Vucetic. (Doc. No. 12.) The Magistrate Judge, therefore, recommended that the decision of the Commissioner denying Plaintiff's application for benefits be reversed and the case remanded for further proceedings consistent with the Report & Recommendation. (*Id*.) Objections to the Report and Recommendation were to be filed within 14 days of service. On July 6, 2023, the Commissioner filed a Response indicating that she would not be filing Objections to the Report and Recommendation.[1] (Doc. No. 14.)

## II. Standard of Review

The applicable standard of review of a Magistrate Judge's Report and Recommendation depends upon whether objections were made to that report. When objections are made, the district court reviews the case *de novo*. Specifically, Federal Rule of Civil Procedure 72(b) states in pertinent part:

> The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instruction.

Although the standard of review when no objections are made is not expressly addressed in Rule 72, the Advisory Committee Notes to that Rule provide that "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72, Advisory Committee Notes. Moreover, in *Thomas v. Arn*,

---

[1] The Magistrate Judge rejected Plaintiff's other grounds for relief, i.e., that the ALJ erred (1) by not finding that Plaintiff met Listings 12.04 and 12.06; (2) by failing to appropriately weigh the opinions of Mary Patterson, CNP; and (3) by failing to consider all the treatment interventions that Plaintiff underwent for her pain. (Doc. No. 12.) Plaintiff has not filed an Objection to these findings.

2

474 U.S. 140, 150 (1985), the United States Supreme Court explained that "[i]t does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."

**III.     Analysis and Conclusion**

Here, as stated above, the Commissioner has indicated that she will not be filing objections to the Report and Recommendation of Magistrate Judge Grimes that the decision of the Commissioner be reversed and the case remanded.  Nor has Plaintiff filed any Objections to the Magistrate Judge's rejection of her remaining arguments.  This Court has nonetheless carefully and thoroughly reviewed the Report and Recommendation and agrees with the findings set forth therein.  The Report and Recommendation of Magistrate Judge Grimes is, therefore, ADOPTED.  The decision of the Commissioner denying Plaintiff's applications for DIB and SSI is VACATED and the case is REMANDED for further proceedings consistent with the Report & Recommendation.

    **IT IS SO ORDERED.**

Date:  July 7, 2023

       *s/Pamela A. Barker*
       PAMELA A. BARKER
       U. S. DISTRICT JUDGE